CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2011 FEB 25 PM 1:05

DEPUTY CLERK _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| BRENDA LYNN UNDERWOOD, | § | |
| Plaintiff, | § | |
| v. | § | 2:07-CV-0248 |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## and AFFIRMING DECISION OF COMMISSIONER

Plaintiff has appealed the decision of the Social Security Administration denying plaintiff disability benefits. The United States Magistrate Judge entered a Report and Recommendation on January 28, 2011, recommending therein that the decision of the Commissioner be affirmed. No objections have been filed of record as of this date.

The undersigned has made an independent examination of the record in this case. The Report and Recommendation is hereby ADOPTED, and the administrative decision of the Commissioner is AFFIRMED.

IT IS SO ORDERED.

ENTERED this _25th_ day of _February_ 2011.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE